UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD FRANCIS CHAVEZ,                )
                                      )   2:05-cv-01334-GEB-KJM
                    Plaintiff,        )
                                      )   ORDER*
        v.                            )
                                      )
TRUCKEE POLICE OFFICERS               )
MICHAEL LACKL, JASON LITCHIE, and     )
RETIRED POLICE CHIEF DAN BOONE,       )
TRUCKEE POLICE DEPARTMENT and         )
THE TOWN OF TRUCKEE, RYAN WOESSNER,)
MICHAEL ANDERSON, CORI HIGBEE and     )
TRUCKEE FIRE BATTALION                )
PROTECTION DISTRICT, CHIEF WILLIAM )
RUST, and DOES 1 through 20,          )
                                      )
                    Defendants.**     )
                                      )

        Defendant Department of Forestry and Fire Protection moves
to dismiss Plaintiff's claims against it under 42 U.S.C. § 1983,
arguing that the claims are barred by the Eleventh Amendment.  (Mot.

---

        *    This motion was determined to be suitable for decision
without oral argument.  L.R. 78-230(h).

        **   The caption has been amended to reflect the dismissal
of Defendant Department of Forestry and Fire Protection by this
order.

1

1  Dismiss at 3.)  Plaintiff filed a statement of non-opposition to the

2  motion on September 8, 2005.  Therefore, the motion is granted.

3       IT IS SO ORDERED.

4

   DATED:  September 12, 2005

5
                                    /s/ Garland E. Burrell, Jr.
6                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2