UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FRANCIS CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUCKEE POLICE OFFICERS MICHAEL LACKL, JASON LITCHIE, and RETIRED POLICE CHIEF DAN BOONE, TRUCKEE POLICE DEPARTMENT and THE TOWN OF TRUCKEE, RYAN WOESSNER, MICHAEL ANDERSON, CORI HIGBEE and TRUCKEE FIRE BATTALION PROTECTION DISTRICT, CHIEF WILLIAM RUST, and DOES 1 through 20,<br><br>        Defendants.* | 2:05-cv-01334-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND FED. R. CIV. P. 4(m) WARNING |

The Joint Status Conference Statement filed on September 20, 2005, indicates that Plaintiff has not served all defendants, and certain defendants could be dismissed from the Complaint on or before October 15, 2005.  Therefore, this case is not ready to be fully scheduled and the Status (Pretrial Scheduling) Conference currently

---

\* The parties' Joint Status Conference Statement failed to reflect the correct caption, which was amended by Order filed September 13, 2005.  Future filings should reflect the correct caption.

1

scheduled for October 3, 2005, is continued to December 12, 2005, at 9:00 a.m.  A joint status report shall be filed no later than November 28, 2005.[2]

Further, Plaintiff is hereby notified that any defendant not served by October 31, 2005, could be dismissed from this action without prejudice under Federal Rule of Civil Procedure 4(m).  To avoid dismissal, a proof of service shall be filed for each served Defendant no later than November 4, 2005.  If Plaintiff believes he has good cause to justify extension of Rule 4(m)'s 120-day service period for a defendant, that shall be shown in a declaration filed no later than November 4, 2005.

IT IS SO ORDERED.

Dated:  September 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[2]     The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to file a status report in accordance with this Order.  In the event a party or parties fail to participate as ordered, the party submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.