1  MARIANNE C. ROSSI, ESQ. (SBN: 117377)
   LAW OFFICES OF MARIANNE C. ROSSI
2  702 Marshall St., Suite 500
   Redwood City, CA 94063
3  (650) 364-7034

4  Attorney for Plaintiff
   EDWARD CHAVEZ
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FRANCIS CHAVEZ, | CASE NO.  2:05-CV-1334 GEB KJM |
| Plaintiff, | **VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANTS RYAN WOESSNER, MICHAEL ANDERSON AND CORI HIGBEE** |
| vs. | |
| TRUCKEE POLICE OFFICERS MICHAEL LACKL, JASON LITCHIE, and RETIRED POLICE CHIEF DAN BOONE, TRUCKEE POLICE DEPARTMENT and THE TOWN OF TRUCKEE, RYAN WOESSNER, MICHAEL ANDERSON, CORI HIGBEE AND TRUCKEE FIRE BATTALION PROTECTION DISTRICT, CHIEF WILLIAM RUST, and DOES 1 through 20, | |
| Defendants. | |

It is hereby stipulated by and between the parties hereto that the following parties only may be dismissed with prejudice, each party to bear their own costs:

RYAN WOESSNER

MICHAEL ANDERSON

CORI HIGBEE

VOLUNTARY DISMISSAL BY STIPULATION

1

Dated:  November 2, 2005          BILL LOCKYER, Attorney General
                                   of the State of California
                                  DARRYL L. DOKE, Lead
                                   Supervising Deputy Attorney General


                                  /s/ STEPHEN J. EGAN
                                  STEPHEN J. EGAN
                                  Deputy Attorney General
                                  Attorneys for Defendants
                                  Ryan Woessner, Michael Anderson and
                                   Cori Higbee

Dated:  November 2, 2005          LAW OFFICES OF MARIANNE C. ROSSI



                                  /s/ MARIANNE C. ROSSI
                                  MARIANNE C. ROSSI
                                  Attorney for Plaintiff


                            ORDER

    IT IS SO ORDERED,

DATED:  November 16, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

VOLUNTARY DISMISSAL BY STIPULATION

2