MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
702 Marshall St., Suite 500
Redwood City, CA 94063
(650) 364-7034

Attorney for Plaintiff
EDWARD CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FRANCIS CHAVEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUCKEE POLICE OFFICERS MICHAEL LACKL, JASON LITCHIE AND RETIRED POLICE CHIEF DAN BOONE, TRUCKEE POLICE DEPARTMENT and THE TOWN OF TRUCKEE<br><br>    Defendants.<br>_____/ | CASE NO. 2:05-CV-1334 GEB KJM<br><br>**VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANTS TRUCKEE FIRE PROTECTION DISTRICT AND CHIEF WILLIAM RUST** |

It is hereby stipulated by and between the parties hereto that the following parties only may be dismissed with prejudice, each party to bear their own costs:

    Truckee Fire Protection District

    Chief William Rust

| | |
|---|---|
| Dated: December 6, 2005 | LAW OFFICES OF BAILEY & BROWN<br><br>/S/ WILLIAM J. SCHMIDT<br>William J. Schmidt |
| Dated: December 6, 2005 | LAW OFFICES OF MARIANNE C. ROSSI<br><br>/S/ MARIANNE C. ROSSI<br>Marianne C. Rossi |

VOLUNTARY DISMISSAL BY STIPULATION

1 | ORDER

2 | IT IS HEREBY ORDERED that defendants Truckee Fire Protection District and Chief
3 | William Rust may be, and are hereby, dismissed with prejudice, each party to bear their own
4 | costs.
5 | Dated: January 3, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```

-2-

VOLUNTARY DISMISSAL BY STIPULATION