Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: Town of Truckee, Retired Police Chief Dan Boone, Truckee Police Department, Officer Jason Litchie, Officer Michael Lackl

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD FRANCIS CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRUCKEE POLICE OFFICERS MICHAEL LACKL, JASON LITCHIE, and RETIRED POLICE CHIEF DAN BOONE, TRUCKEE POLICE DEPARTMENT and THE TOWN OF TRUCKEE,<br><br>Defendants. | Case No. 2:05-cv-01334-GEB-KJM<br><br>**NOTICE OF CANCELLATION AND WITHDRAWAL OF MOTION TO COMPEL ANSWERS TO INTERROGATORIES**<br><br>**Date: 04/26/06**<br>**Time: 10:00 a.m.**<br>**Courtroom: Dept. 26**<br><br>COMPLAINT FILED: 07/01/05<br>TRIAL DATE: 06/12/07 |

NOTICE IS HEREBY GIVEN, that Defendants' Motion to Compel Answers to Interrogatories, that is currently set for hearing on April 26, 2006, beginning at 10:00 a.m. in Department 26 before Magistrate Judge Kimberly J. Mueller of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California is hereby withdrawn and therefore the hearing on said Motion is cancelled.

///

Dated: April 12, 2006         **TONON & ASSOCIATES**

                              By: /s/Gayle K. Tonon_____
                                  GAYLE K. TONON, ESQ.
                                  Attorney for Defendants,
                                  TOWN OF TRUCKEE, RETIRED POLICE
                                  CHIEF DAN BOONE, TRUCKEE POLICE
                                  DEPARTMENT, OFFICER JASON LITCHIE,
                                  OFFICER MICHAEL LACKL

(TRK5001)P04126.NotCancelMTC